Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  22−18588−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Ryann L Casatelli
  aka Ryann Mattessich
  336 17th Avenue
  Brick, NJ 08724

Social Security No.:
  xxx−xx−4958

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:         1/11/23
Time:         10:00 AM
Location:     Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: October 31, 2022
JAN: mmf

                                        Jeanne Naughton
                                        Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 22-18588-MBK
Ryann L Casatelli  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3　　　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　　Page 1 of 4
Date Rcvd: Oct 31, 2022　　　　　　　　　　　　　Form ID: 132　　　　　　　　　　　　　Total Noticed: 46

The following symbols are used throughout this certificate:
**Symbol　　Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ryann L Casatelli, 336 17th Avenue, Brick, NJ 08724-1662 |
| 519748840 | ++ | ALLIED DIGESTIVE HEALTH LLC, MONMOUTH PARK CORPORATE CENTER I, 187 ROUTE 36 SUITE 230, WEST LONG BRANCH NJ 07764-1306 address filed with court:, Allied Digestive Health, 60 Highway 36, Suite B, West Long Branch, NJ 07764-1463 |
| 519748858 | + | Credit First Bank, PO Box 81315, Cleveland, OH 44181-0315 |
| 519748859 | + | Crown Asset Management, Attn: D& A Services, 1400 E Touhy Avenue Suite G @, Des Plaines, IL 60018-3305 |
| 519748877 | | Ocean Endosurgery, 129 Route 37 West, Toms River, NJ 08755-6435 |
| 519748885 | + | Premier Healthcare Associate, Attn: Quality Asset Recovery, PO Box 239, Gibbsboro, NJ 08026-0239 |
| 519748886 | + | Raymour & Flanigan, Attn: Bankruptcy, PO Box 220, Liverpool, NY 13088-0220 |
| 519748891 | | Summit Medical Group, Attn: 8549X, PO Box 14000, Belfast, ME 04915-4033 |
| 519748901 | + | University Hospital, Attn: Certified, PO Box 1750, Whitehouse Station, NJ 08889-1750 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 31 2022 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 31 2022 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519748841 | | Email/PDF: bncnotices@becket-lee.com | Oct 31 2022 20:55:46 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 519748843 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 31 2022 20:43:00 | Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 519748845 | + | Email/Text: BarclaysBankDelaware@tsico.com | Oct 31 2022 20:44:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 519748847 | | Email/Text: cms-bk@cms-collect.com | Oct 31 2022 20:44:00 | Capital Management Services, 698 1/2 Ogden Street, Buffalo, NY 14206-2317 |
| 519748848 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 31 2022 20:55:52 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 519748849 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 31 2022 20:56:02 | Capital One Bank, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519748850 | + | Email/Text: bankruptcy@certifiedcollection.com | Oct 31 2022 20:44:00 | Certified Credit & Collection Bureau, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 519748851 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 31 2022 20:56:07 | Citibank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 519748853 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 31 2022 20:44:00 | Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 519748860 | | Email/Text: bknotices@fbcs-inc.com | Oct 31 2022 20:43:00 | FBCS, 330 S Warminster Road, Suite 353, Hatboro, PA 19040 |

Case 22-18588-MBK    Doc 7    Filed 11/02/22    Entered 11/03/22 00:14:57    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 31, 2022 | Form ID: 132 | Total Noticed: 46 |

| | | | | |
|---|---|---|---|---|
| 519748861 | | Email/Text: Bankruptcy@FMAAlliance.com | Oct 31 2022 20:43:00 | FMA Alliance LTD, PO Box 2409, Houston, TX 77252 |
| 519748862 | | Email/Text: bankruptcy@frost-arnett.com | Oct 31 2022 20:43:00 | Frost-Arnett, PO box 198988, Nashville, TN 37219 |
| 519748863 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 31 2022 20:55:47 | Home Depot Credit Services, PO Box 790328, Saint Louis, MO 63179-0328 |
| 519748864 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 31 2022 20:44:00 | Jefferson Capital System, 16 McLeland Road, Saint Cloud, MN 56303 |
| 519748866 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 31 2022 20:55:51 | JPMCB Card, PO Box 15298, Wilmington, DE 19850 |
| 519748865 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 31 2022 20:44:00 | Jefferson Capital Systems, Attn: Louis A Greenfield, PO Box 17210, Golden, CO 80402-6020 |
| 519748869 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 31 2022 20:43:00 | Kohls, PO Box3043, Milwaukee, WI 53201-3043 |
| 519748870 | + | Email/Text: Documentfiling@lciinc.com | Oct 31 2022 20:43:00 | Lendclub Bank, Attn: Bankruptcy, 595 Market Street Suite 200, San Francisco, CA 94105-2802 |
| 519748871 | + | Email/Text: BKNotice@ldvlaw.com | Oct 31 2022 20:43:00 | Lyons Doughty & Veldhuis, PO Box 1269, Mount Laurel, NJ 08054-7269 |
| 519748875 | | Email/Text: Bankruptcy@mjrf.com | Oct 31 2022 20:43:00 | Mullooly Jeffrey Rooney & Flynn, 6851 Jericcho Tpke Suite 220, PO Box 9036, Syosset, NY 11791-9036 |
| 519748876 | | Email/Text: Bankruptcy@mjrf.com | Oct 31 2022 20:43:00 | Mullooly Jeffrey rooney & Flynn, 6851 Jericho TPKE-Suite 220, PO box 9036, Syosset, NY 11791-9036 |
| 519748873 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 31 2022 20:44:00 | Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 519748874 | + | Email/Text: Bankruptcy@mjrf.com | Oct 31 2022 20:43:00 | Mullolly Jeffrey Rooney & Flynn, 6851 Jericho Tpke Suite 220, Syosset, NY 11791-4449 |
| 519748878 | | Email/Text: OMCbankruptcy@hackensackmeridian.org | Oct 31 2022 20:44:00 | Ocean Medical Center, PO Box 417140, Boston, MA 02241-7140 |
| 519748881 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 31 2022 20:56:05 | Portfolio Recovery Associates, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 519748879 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 31 2022 20:55:55 | Portfolio Recovery Associates, Attn: Bankruptcy Dept, 120 Corporate Blvd, Norfolk, VA 23502 |
| 519748880 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 31 2022 20:55:56 | Portfolio Recovery Associates, PO Box 12914, Norfolk, VA 23541-1223 |
| 519748872 | | Email/Text: signed.order@pfwattorneys.com | Oct 31 2022 20:43:00 | Midland Credit Management, Pressler Felt Warshaw, 7 Entin Road, Parsippany, NJ 07054 |
| 519748887 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 31 2022 20:44:00 | Rocket Mortgage, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519748888 | + | Email/Text: bankruptcy@rubinrothman.com | Oct 31 2022 20:43:00 | Rubin & Rothman, 1787 Veterans Highway Suite 32, PO box 9003, Islandia, NY 11749-9003 |
| 519748894 | | Email/PDF: gecsedi@recoverycorp.com | Oct 31 2022 20:55:52 | SYNCB, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |
| 519748893 | | Email/PDF: gecsedi@recoverycorp.com | Oct 31 2022 20:55:53 | SYNCB, PO Box 965060, Orlando, FL 32896-5060 |
| 519748890 | | Email/Text: clientservices@simonsagency.com | Oct 31 2022 20:44:00 | Simons Agency, PO Box 5026, Syracuse, NY 13220-5026 |
| 519749024 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 31 2022 20:55:44 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 31, 2022 | Form ID: 132 | Total Noticed: 46 |

| 519748900 | + | Email/Text: mpieslak@waterfallrevenuegroup.com | | |
|---|---|---|---|---|
| | | | Oct 31 2022 20:43:00 | Traf Group Inc/A-1 Collections, Attn: Bankruptcy, 2297 St Hwy 33 Ste 906, Trenton, NJ 08690-1717 |

TOTAL: 37

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519748842 | * | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 519748844 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 519748846 | *+ | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 519748852 | *+ | Citibank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 519748854 | * | Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 519748855 | * | Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 519748856 | * | Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 519748857 | * | Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 519748867 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, JPMCB Card, PO Box 15298, Wilmington, DE 19850 |
| 519748868 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, JPMCB Card, PO Box 15298, Wilmington, DE 19850 |
| 519748882 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 519748883 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 519748884 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 519748889 | *+ | Rubin & Rothman, 1787 Veterans Highway Suite 32, PO Box 9003, Islandia, NY 11749-9003 |
| 519748895 | * | SYNCB, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |
| 519748896 | * | SYNCB, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |
| 519748897 | * | SYNCB, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |
| 519748898 | * | SYNCB, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |
| 519748899 | * | SYNCB, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |
| 519748892 | * | Summit Medical Group, Attn: 8549X, PO Box 14000, Belfast, ME 04915-4033 |

TOTAL: 0 Undeliverable, 20 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Nov 02, 2022 | Signature: | /s/Gustava Winters |
|---|---|---|

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| James J. Cerbone | |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 4 |
| Date Rcvd: Oct 31, 2022 | Form ID: 132 | Total Noticed: 46 |

on behalf of Debtor Ryann L Casatelli cerbonelawfirm@aol.com cerbonejr83307@notify.bestcase.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 3