Form plncf13 − ntccnfpln13v27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  22−18588−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Ryann L Casatelli
    aka Ryann Mattessich
    336 17th Avenue
    Brick, NJ 08724

Social Security No.:
    xxx−xx−4958

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 13, 2023.

Dated: March 13, 2023
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-18588-MBK |
| Ryann L Casatelli | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 5 |
| Date Rcvd: Mar 13, 2023 | Form ID: plncf13 | Total Noticed: 71 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ryann L Casatelli, 336 17th Avenue, Brick, NJ 08724-1662 |
| 519784926 | + | 3439 East Ave South, LA CROSSE, WI 54601-7241 |
| 519748840 | ++ | ALLIED DIGESTIVE HEALTH LLC, MONMOUTH PARK CORPORATE CENTER I, 187 ROUTE 36 SUITE 230, WEST LONG BRANCH NJ 07764-1306 address filed with court:, Allied Digestive Health, 60 Highway 36, Suite B, West Long Branch, NJ 07764-1463 |
| 519748858 | + | Credit First Bank, PO Box 81315, Cleveland, OH 44181-0315 |
| 519748859 | + | Crown Asset Management, Attn: D& A Services, 1400 E Touhy Avenue Suite G @, Des Plaines, IL 60018-3305 |
| 519754426 | + | FROST ARNETT AGT FOR OCEAN ENDOSURGERY CENTER, PO BOX 198988, NASHVILLE, TN 37219-8988 |
| 519748877 | | Ocean Endosurgery, 129 Route 37 West, Toms River, NJ 08755-6435 |
| 519748885 | + | Premier Healthcare Associate, Attn: Quality Asset Recovery, PO Box 239, Gibbsboro, NJ 08026-0239 |
| 519748886 | + | Raymour & Flanigan, Attn: Bankruptcy, PO Box 220, Liverpool, NY 13088-0220 |
| 519748891 | | Summit Medical Group, Attn: 8549X, PO Box 14000, Belfast, ME 04915-4033 |
| 519748901 | + | University Hospital, Attn: Certified, PO Box 1750, Whitehouse Station, NJ 08889-1750 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 13 2023 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 13 2023 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519806714 | + | Email/Text: bnc@bass-associates.com | Mar 13 2023 20:37:00 | Accelerated Inventory Mgt., LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 519791051 | + | Email/Text: bnc@bass-associates.com | Mar 13 2023 20:37:00 | Accelerated Inventory Mgt. LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 519748841 | | Email/PDF: bncnotices@becket-lee.com | Mar 13 2023 20:52:05 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 519785482 | | Email/PDF: bncnotices@becket-lee.com | Mar 13 2023 20:51:57 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519792877 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 13 2023 20:51:44 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519748843 | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 13 2023 20:37:00 | Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 519748845 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 13 2023 20:38:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 519748847 | | Email/Text: cms-bk@cms-collect.com | Mar 13 2023 20:38:00 | Capital Management Services, 698 1/2 Ogden Street, Buffalo, NY 14206-2317 |

District/off: 0312-3                          User: admin                                   Page 2 of 5
Date Rcvd: Mar 13, 2023                    Form ID: plncf13                          Total Noticed: 71

| | | | |
|---|---|---|---|
| 519748848 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 13 2023 20:40:51 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 519748849 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 13 2023 20:41:30 | Capital One Bank, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519780168 | + Email/Text: bankruptcy@cavps.com | Mar 13 2023 20:38:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 519748850 | + Email/Text: bankruptcy@certifiedcollection.com | Mar 13 2023 20:38:00 | Certified Credit & Collection Bureau, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 519748851 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 13 2023 20:51:46 | Citibank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 519748853 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 13 2023 20:38:00 | Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 519748860 | Email/Text: bknotices@fbcs-inc.com | Mar 13 2023 20:38:00 | FBCS, 330 S Warminster Road, Suite 353, Hatboro, PA 19040 |
| 519748861 | Email/Text: Bankruptcy@FMAAlliance.com | Mar 13 2023 20:38:00 | FMA Alliance LTD, PO Box 2409, Houston, TX 77252 |
| 519748862 | Email/Text: bankruptcy@frost-arnett.com | Mar 13 2023 20:37:00 | Frost-Arnett, PO box 198988, Nashville, TN 37219 |
| 519792878 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 13 2023 20:51:44 | Hackensack, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519748863 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 13 2023 20:51:46 | Home Depot Credit Services, PO Box 790328, Saint Louis, MO 63179-0328 |
| 519748864 | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 13 2023 20:38:00 | Jefferson Capital System, 16 McLeland Road, Saint Cloud, MN 56303 |
| 519790672 | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 13 2023 20:38:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519748866 | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 13 2023 20:40:49 | JPMCB Card, PO Box 15298, Wilmington, DE 19850 |
| 519748865 | + Email/Text: JCAP_BNC_Notices@jcap.com | Mar 13 2023 20:38:00 | Jefferson Capital Systems, Attn: Louis A Greenfield, PO Box 17210, Golden, CO 80402-6020 |
| 519748869 | + Email/Text: PBNCNotifications@peritusservices.com | Mar 13 2023 20:37:00 | Kohls, PO Box3043, Milwaukee, WI 53201-3043 |
| 519784495 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 13 2023 20:41:19 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519748870 | + Email/Text: Documentfiling@lciinc.com | Mar 13 2023 20:37:00 | Lendclub Bank, Attn: Bankruptcy, 595 Market Street Suite 200, San Francisco, CA 94105-2802 |
| 519800139 | + Email/Text: Documentfiling@lciinc.com | Mar 13 2023 20:37:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 519748871 | + Email/Text: BKNotice@ldvlaw.com | Mar 13 2023 20:38:00 | Lyons Doughty & Veldhuis, PO Box 1269, Mount Laurel, NJ 08054-7269 |
| 519748875 | Email/Text: Bankruptcy@mjrf.com | Mar 13 2023 20:38:00 | Mullooly Jeffrey Rooney & Flynn, 6851 Jericcho Tpke Suite 220, PO Box 9036, Syosset, NY 11791-9036 |
| 519748876 | Email/Text: Bankruptcy@mjrf.com | Mar 13 2023 20:38:00 | Mullooly Jeffrey rooney & Flynn, 6851 Jericho TPKE-Suite 220, PO box 9036, Syosset, NY 11791-9036 |
| 519748873 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 13 2023 20:38:00 | Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 519780627 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 13 2023 20:38:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519748874 | + Email/Text: Bankruptcy@mjrf.com | | |

| | | | |
|---|---|---|---|
| | | Mar 13 2023 20:38:00 | Mullolly Jeffrey Rooney & Flynn, 6851 Jericho Tpke Suite 220, Syosset, NY 11791-4449 |
| 519799564 | + | Email/Text: bankruptcy@certifiedcollection.com | |
| | | Mar 13 2023 20:38:00 | OCEAN MEDICAL CENTER, C/O CERTIFIED CREDIT & COLLECTION, PO BOX 1750, WHITEHOUSE STATION, NJ 08889-1750 |
| 519748878 | | Email/Text: OMCbankruptcy@hackensackmeridian.org | |
| | | Mar 13 2023 20:38:00 | Ocean Medical Center, PO Box 417140, Boston, MA 02241-7140 |
| 519748881 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Mar 13 2023 20:41:19 | Portfolio Recovery Associates, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 519748879 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Mar 13 2023 20:51:45 | Portfolio Recovery Associates, Attn: Bankruptcy Dept, 120 Corporate Blvd, Norfolk, VA 23502 |
| 519748880 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Mar 13 2023 20:41:36 | Portfolio Recovery Associates, PO Box 12914, Norfolk, VA 23541-1223 |
| 519782946 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Mar 13 2023 20:51:45 | Portfolio Recovery Associates, LLC, c/o Amazon, POB 41067, Norfolk VA 23541 |
| 519783824 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Mar 13 2023 20:41:36 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 519786060 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Mar 13 2023 20:51:43 | Portfolio Recovery Associates, LLC, c/o Ebay, POB 41067, Norfolk VA 23541 |
| 519783820 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Mar 13 2023 20:41:36 | Portfolio Recovery Associates, LLC, c/o Park West Gallery, POB 41067, Norfolk VA 23541 |
| 519783810 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Mar 13 2023 20:51:45 | Portfolio Recovery Associates, LLC, c/o Paypal, POB 41067, Norfolk VA 23541 |
| 519783809 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Mar 13 2023 20:51:44 | Portfolio Recovery Associates, LLC, c/o Rci, POB 41067, Norfolk VA 23541 |
| 519748872 | | Email/Text: signed.order@pfwattorneys.com | |
| | | Mar 13 2023 20:38:00 | Midland Credit Management, Pressler Felt Warshaw, 7 Entin Road, Parsippany, NJ 07054 |
| 519770814 | | Email/Text: bnc-quantum@quantum3group.com | |
| | | Mar 13 2023 20:38:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519799563 | + | Email/Text: bankruptcy@certifiedcollection.com | |
| | | Mar 13 2023 20:38:00 | RWJUMG OB GYN, C/O CERTIFIED CREDIT & COLLECTION, PO BOX 1750, WHITEHOUSE STATION, NJ 08889-1750 |
| 519748887 | + | Email/Text: bankruptcyteam@quickenloans.com | |
| | | Mar 13 2023 20:38:00 | Rocket Mortgage, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519784325 | + | Email/Text: bankruptcyteam@quickenloans.com | |
| | | Mar 13 2023 20:38:00 | Rocket Mortgage, LLC fka Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519748888 | + | Email/Text: bankruptcy@rubinrothman.com | |
| | | Mar 13 2023 20:37:00 | Rubin & Rothman, 1787 Veterans Highway Suite 32, PO box 9003, Islandia, NY 11749-9003 |
| 519748894 | | Email/PDF: gecsedi@recoverycorp.com | |
| | | Mar 13 2023 20:41:04 | SYNCB, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |
| 519748893 | | Email/PDF: gecsedi@recoverycorp.com | |
| | | Mar 13 2023 20:41:32 | SYNCB, PO Box 965060, Orlando, FL 32896-5060 |
| 519748890 | | Email/Text: clientservices@simonsagency.com | |
| | | Mar 13 2023 20:38:00 | Simons Agency, PO Box 5026, Syracuse, NY 13220-5026 |
| 519806293 | + | Email/PDF: gecsedi@recoverycorp.com | |
| | | Mar 13 2023 20:41:15 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 519749024 | + | Email/PDF: gecsedi@recoverycorp.com | |
| | | Mar 13 2023 20:41:30 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519786975 | + | Email/Text: tdebn@credbankserv.com | |
| | | Mar 13 2023 20:38:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |

| 519748900 | + Email/Text: mpieslak@waterfallrevenuegroup.com | | |
| | | Mar 13 2023 20:38:00 | Traf Group Inc/A-1 Collections, Attn: Bankruptcy, 2297 St Hwy 33 Ste 906, Trenton, NJ 08690-1717 |
| 519799565 | + Email/Text: bankruptcy@certifiedcollection.com | | |
| | | Mar 13 2023 20:38:00 | UNIVERSITY HOSPITAL, C/O CERTIFIED CREDIT & COLLECTION, PO BOX 1750, WHITEHOUSE STATION, NJ 08889-1750 |

TOTAL: 60

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519748842 | * | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 519785483 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519748844 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 519748846 | *+ | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 519748852 | *+ | Citibank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 519748854 | * | Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 519748855 | * | Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 519748856 | * | Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 519748857 | * | Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 519748867 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, JPMCB Card, PO Box 15298, Wilmington, DE 19850 |
| 519748868 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, JPMCB Card, PO Box 15298, Wilmington, DE 19850 |
| 519748882 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 519748883 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 519748884 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 519783881 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 519748889 | *+ | Rubin & Rothman, 1787 Veterans Highway Suite 32, PO Box 9003, Islandia, NY 11749-9003 |
| 519748895 | * | SYNCB, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |
| 519748896 | * | SYNCB, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |
| 519748897 | * | SYNCB, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |
| 519748898 | * | SYNCB, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |
| 519748899 | * | SYNCB, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |
| 519748892 | * | Summit Medical Group, Attn: 8549X, PO Box 14000, Belfast, ME 04915-4033 |

TOTAL: 0 Undeliverable, 22 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2023                    Signature:                    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2023 at the address(es) listed**

District/off: 0312-3                                   User: admin                                   Page 5 of 5
Date Rcvd: Mar 13, 2023                        Form ID: plncf13                          Total Noticed: 71

**below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| Brian C. Nicholas | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| James J. Cerbone | on behalf of Debtor Ryann L Casatelli cerbonelawfirm@aol.com  cerbonejr83307@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5