Order Filed on March 16, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1** <br><br> KML Law Group, P.C. <br> By: Denise Carlon, Esquire <br> 701 Market Street, Suite 5000 <br> Philadelphia, PA 19106 <br> 215-627-1322 <br> Attorneys for Secured Creditor: Rocket Mortgage, Llc F/K/A Quicken Loans, Llc F/K/A Quicken Loans Inc. | |
| In Re: <br><br> Ryann L. Casatelli aka Ryann Mattessich <br> Debtor. | Case No.: 22-18588 MBK <br> Adv. No.: <br> Hearing Date: 3/8/2023 @ 10:00 a.m. <br><br> Judge: Michael B. Kaplan |

### ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: March 16, 2023**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

Page 2

Debtors: Ryann L. Casatelli aka Ryann Mattessich
Case No.: 22-18588 MBK
Caption: **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor Rocket Mortgage, Llc F/K/A Quicken Loans, Llc F/K/A Quicken Loans Inc., holder of a mortgage on real property located at 336 17th Avenue, Brick, NJ, 08724, Denise Carlon appearing, by way of objection to the confirmation of Debtors' Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and James J. Cerbone, Esquire, attorney for Debtor, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Debtor shall pay the arrearage claim of Secured Creditor (Claim # 10) in full through the Chapter 13 plan; and

It **ORDERED, ADJUDGED and DECREED** that Debtor is to make post-petition payments in accordance with the terms of the note, mortgage, and notices of payment change;

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor reserve her right to object to Secured Creditor's proof of claim and notices of payment change ; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.