Office Mailing Address:
Albert Russo, Trustee
PO Box 4853
Trenton, NJ  08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 22-18588 / MBK**

Ryann L Casatelli

Petition Filed Date: 10/28/2022
341 Hearing Date: 12/01/2022
Confirmation Date: 03/08/2023

Case Status: Open / Confirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 11/07/2022 | $525.00 | 88112110 | 11/28/2022 | $525.00 | 88447720 | 01/04/2023 | $525.00 | 89154170 |
| 02/01/2023 | $525.00 | 89697190 | 03/02/2023 | $525.00 | 90287130 | | | |

**Total Receipts for the Period: $2,625.00  Amount Refunded to Debtor Since Filing: $0.00  Total Receipts Since Filing: $2,625.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Ryann L Casatelli | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | James J. Cerbone, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,110.00 | $0.00 | $3,110.00 |
| 1 | FROST ARNETT AGT FOR OCEAN ENDOSURGER | Unsecured Creditors | $750.00 | $0.00 | $750.00 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» CAESARS REWARDS VISA | Unsecured Creditors | $15,079.75 | $0.00 | $15,079.75 |
| 3 | CAVALRY SPV I, LLC<br>»» CITIBANK,NA | Unsecured Creditors | $702.45 | $0.00 | $702.45 |
| 4 | MIDLAND CREDIT MANAGEMENT, INC<br>»» COMENITY CAPITAL BANK | Unsecured Creditors | $12,665.58 | $0.00 | $12,665.58 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» AMAZON | Unsecured Creditors | $2,302.16 | $0.00 | $2,302.16 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»» RCI | Unsecured Creditors | $17,050.65 | $0.00 | $17,050.65 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» PAYPAL | Unsecured Creditors | $953.05 | $0.00 | $953.05 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» PARK WEST GALLERY | Unsecured Creditors | $2,196.25 | $0.00 | $2,196.25 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BARCLAYS BANK DELAWARE | Unsecured Creditors | $8,763.50 | $0.00 | $8,763.50 |
| 10 | ROCKET MTG, LLC F/K/A QUICKEN LOANS, LLC<br>»» P/336 17TH AVE/1ST MTG | Mortgage Arrears | $2,542.69 | $0.00 | $2,542.69 |
| 11 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $9,889.35 | $0.00 | $9,889.35 |
| 12 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $10,289.01 | $0.00 | $10,289.01 |
| 13 | ---<br>Hold Funds: Pending Resolution | | $171.49 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-18588 / MBK**

| 14 | AMERICAN EXPRESS | Unsecured Creditors | $2,353.90 | $0.00 | $2,353.90 |
|---|---|---|---|---|---|
| 15 | AMERICAN EXPRESS | Unsecured Creditors | $7,929.21 | $0.00 | $7,929.21 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» EBAY | Unsecured Creditors | $504.28 | $0.00 | $504.28 |
| 17 | TD RETAIL CARD SERVICES | Unsecured Creditors | $5,512.42 | $0.00 | $5,512.42 |
| 18 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» PAYPAL CREDIT | Unsecured Creditors | $3,549.53 | $0.00 | $3,549.53 |
| 19 | ASHLEY FUNDING SERVICES, LLC<br>»» LAB CORP OF AMERICA HOLDINGS | Unsecured Creditors | $10.00 | $0.00 | $10.00 |
| 20 | HACKENSACK | Unsecured Creditors | $300.00 | $0.00 | $300.00 |
| 21 | RWJUMG OB GYN | Unsecured Creditors | $200.00 | $0.00 | $200.00 |
| 22 | OCEAN MEDICAL CENTER | Unsecured Creditors | $818.42 | $0.00 | $818.42 |
| 23 | UNIVERSITY HOSPITAL | Unsecured Creditors | $600.00 | $0.00 | $600.00 |
| 24 | LENDINGCLUB BANK, NA | Unsecured Creditors | $3,716.82 | $0.00 | $3,716.82 |
| 25 | SYNCHRONY BANK<br>»» CARECREDIT | Unsecured Creditors | $3,060.25 | $0.00 | $3,060.25 |
| 26 | ACCELERATED INVENTORY MGT, LLC | Unsecured Creditors | $40,887.51 | $0.00 | $40,887.51 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,625.00 | Plan Balance: | $35,255.00 ** |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $525.00 |
| Paid to Trustee: | $189.00 | Arrearages: | $0.00 |
| Funds on Hand: | $2,436.00 | Total Plan Base: | $37,880.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for** *FREE*! **Register today at www.ndc.org or scan this code to get started.**



**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**