Office Mailing Address:                                                          Send Payments **ONLY** to:
Albert Russo, Trustee                                                                    Albert Russo, Trustee
PO Box 4853                                                                                    PO Box 933
Trenton, NJ  08650-4853                                                       Memphis, TN  38101-0933

## OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 22-18588 / MBK**

Ryann L Casatelli

Petition Filed Date: 10/28/2022
341 Hearing Date: 12/01/2022
Confirmation Date: 03/08/2023

Case Status: Open / Confirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/04/2023 | $525.00 | 89154170 | 02/01/2023 | $525.00 | 89697190 | 03/02/2023 | $525.00 | 90287130 |
| 04/03/2023 | $641.00 | 90844580 | 04/24/2023 | $641.00 | 91222590 | 05/30/2023 | $641.00 | 91877570 |
| 07/03/2023 | $641.00 | 92464860 | 07/27/2023 | $641.00 | 92939580 | 08/25/2023 | $641.00 | 93444480 |
| 09/25/2023 | $641.00 | 93937130 | 10/24/2023 | $641.00 | 94456650 | 11/20/2023 | $641.00 | 94877650 |
| 12/26/2023 | $641.00 | 95443560 | | | | | | |

**Total Receipts for the Period:  $7,985.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing:  $9,035.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Ryann L Casatelli | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | James J. Cerbone, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,110.00 | $3,110.00 | $0.00 |
| 1 | FROST ARNETT AGT FOR OCEAN ENDOSURGER | Unsecured Creditors | $750.00 | $0.00 | $750.00 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» COMENITY/CAESARS REWARDS VISA | Unsecured Creditors | $15,079.75 | $213.29 | $14,866.46 |
| 3 | CAVALRY SPV I, LLC<br>»» CITIBANK/HOME DEPOT | Unsecured Creditors | $702.45 | $0.00 | $702.45 |
| 4 | MIDLAND CREDIT MANAGEMENT, INC<br>»» COMENITY/BJS | Unsecured Creditors | $12,665.58 | $179.15 | $12,486.43 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY/AMAZON | Unsecured Creditors | $2,302.16 | $23.55 | $2,278.61 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BARCLAYS/RCI | Unsecured Creditors | $17,050.65 | $241.16 | $16,809.49 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY/PAYPAL | Unsecured Creditors | $953.05 | $0.00 | $953.05 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY/PARK WEST GALLERY | Unsecured Creditors | $2,196.25 | $22.46 | $2,173.79 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BARCLAYS BANK DELAWARE | Unsecured Creditors | $8,763.50 | $123.95 | $8,639.55 |
| 10 | ROCKET MTG, LLC F/K/A QUICKEN LOANS, LLC<br>»» P/336 17TH AVE/1ST MTG/ORDER 3/16/23 | Mortgage Arrears | $2,542.69 | $2,542.69 | $0.00 |
| 11 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $9,889.35 | $139.87 | $9,749.48 |

**Chapter 13 Case No. 22-18588 / MBK**

| 12 | LVNV FUNDING LLC<br>»» SYNCHRONY/R US | Unsecured Creditors | $10,289.01 | $145.53 | $10,143.48 |
|---|---|---|---|---|---|
| 13 | ATHOME MEDICAL | Unsecured Creditors | $171.49 | $0.00 | $0.00 |
| 14 | AMERICAN EXPRESS | Unsecured Creditors | $2,353.90 | $24.08 | $2,329.82 |
| 15 | AMERICAN EXPRESS | Unsecured Creditors | $7,929.21 | $112.15 | $7,817.06 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY/EBAY | Unsecured Creditors | $504.28 | $0.00 | $504.28 |
| 17 | TD RETAIL CARD SERVICES | Unsecured Creditors | $5,512.42 | $77.98 | $5,434.44 |
| 18 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» SYNCHRONY/PAYPAL CREDIT/DC-009516-20 | Unsecured Creditors | $3,549.53 | $50.21 | $3,499.32 |
| 19 | ASHLEY FUNDING SERVICES, LLC<br>»» LAB CORP OF AMERICA HOLDINGS | Unsecured Creditors | $10.00 | $0.00 | $10.00 |
| 20 | HACKENSACK | Unsecured Creditors | $300.00 | $0.00 | $300.00 |
| 21 | RWJUMG OB GYN | Unsecured Creditors | $200.00 | $0.00 | $200.00 |
| 22 | OCEAN MEDICAL CENTER | Unsecured Creditors | $818.42 | $0.00 | $818.42 |
| 23 | UNIVERSITY HOSPITAL | Unsecured Creditors | $600.00 | $0.00 | $600.00 |
| 24 | LENDINGCLUB BANK, NA | Unsecured Creditors | $3,716.82 | $52.58 | $3,664.24 |
| 25 | SYNCHRONY BANK BY AIS INFOSOURCE LP<br>»» CARECREDIT | Unsecured Creditors | $3,060.25 | $43.29 | $3,016.96 |
| 26 | ACCELERATED INVENTORY MGT, LLC<br>»» WEBBANK | Unsecured Creditors | $40,887.51 | $578.31 | $40,309.20 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,035.00 | Plan Balance: | $28,845.00 ** |
| Paid to Claims: | $7,680.25 | Current Monthly Payment: | $641.00 |
| Paid to Trustee: | $671.65 | Arrearages: | $0.00 |
| Funds on Hand: | $683.10 | Total Plan Base: | $37,880.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for *FREE*!  Register today at www.ndc.org or**
**scan this code to get started.**



 **This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.