| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 22-18588 / MEH**

Ryann L Casatelli

Petition Filed Date: 10/28/2022
341 Hearing Date: 12/01/2022
Confirmation Date: 03/08/2023

Case Status: Open / Confirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/29/2024 | $641.00 | 96013770 | 02/26/2024 | $641.00 | 96504400 | 04/01/2024 | $641.00 | 97123140 |
| 04/29/2024 | $641.00 | 97562730 | 05/20/2024 | $641.00 | 97930460 | 07/01/2024 | $641.00 | 98550700 |
| 07/29/2024 | $641.00 | 99025740 | 08/28/2024 | $641.00 | 99484850 | 09/27/2024 | $641.00 | 99949280 |
| 10/22/2024 | $641.00 | 10036774 | 11/25/2024 | $641.00 | 10087657 | 12/23/2024 | $641.00 | 10130414 |

**Total Receipts for the Period:  $7,692.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $17,368.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Ryann L Casatelli | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | James J. Cerbone, Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $3,110.00 | $3,110.00 | $0.00 |
| 1 | FROST ARNETT AGT FOR OCEAN ENDOSURGER | Unsecured Creditors | $750.00 | $46.70 | $703.30 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  COMENITY/CAESARS REWARDS VISA | Unsecured Creditors | $15,079.75 | $938.88 | $14,140.87 |
| 3 | CAVALRY SPV I, LLC<br>»»  CITIBANK/HOME DEPOT | Unsecured Creditors | $702.45 | $32.52 | $669.93 |
| 4 | MIDLAND CREDIT MANAGEMENT, INC<br>»»  COMENITY/BJS | Unsecured Creditors | $12,665.58 | $788.57 | $11,877.01 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  SYNCHRONY/AMAZON | Unsecured Creditors | $2,302.16 | $134.34 | $2,167.82 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  BARCLAYS/RCI | Unsecured Creditors | $17,050.65 | $1,061.60 | $15,989.05 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  SYNCHRONY/PAYPAL | Unsecured Creditors | $953.05 | $48.01 | $905.04 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  SYNCHRONY/PARK WEST GALLERY | Unsecured Creditors | $2,196.25 | $128.17 | $2,068.08 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  BARCLAYS BANK DELAWARE | Unsecured Creditors | $8,763.50 | $545.63 | $8,217.87 |
| 10 | ROCKET MTG, LLC F/K/A QUICKEN LOANS, LLC<br>»»  P/336 17TH AVE/1ST MTG/ORDER 3/16/23 | Mortgage Arrears | $2,542.69 | $2,542.69 | $0.00 |
| 11 | LVNV FUNDING LLC<br>»»  CITIBANK | Unsecured Creditors | $9,889.35 | $615.72 | $9,273.63 |
| 12 | LVNV FUNDING LLC<br>»»  SYNCHRONY/R US | Unsecured Creditors | $10,289.01 | $640.61 | $9,648.40 |

**Chapter 13 Case No. 22-18588 / MEH**

| | | | | | |
|---|---|---|---|---|---|
| 13 | ATHOME MEDICAL | Unsecured Creditors | $171.49 | $0.00 | $0.00 |
| 14 | AMERICAN EXPRESS | Unsecured Creditors | $2,353.90 | $137.37 | $2,216.53 |
| 15 | AMERICAN EXPRESS | Unsecured Creditors | $7,929.21 | $493.67 | $7,435.54 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY/EBAY | Unsecured Creditors | $504.28 | $31.40 | $472.88 |
| 17 | TD RETAIL CARD SERVICES | Unsecured Creditors | $5,512.42 | $343.21 | $5,169.21 |
| 18 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» SYNCHRONY/PAYPAL CREDIT/DC-009516-20 | Unsecured Creditors | $3,549.53 | $221.00 | $3,328.53 |
| 19 | ASHLEY FUNDING SERVICES, LLC<br>»» LAB CORP OF AMERICA HOLDINGS | Unsecured Creditors | $10.00 | $0.00 | $10.00 |
| 20 | HACKENSACK | Unsecured Creditors | $300.00 | $15.11 | $284.89 |
| 21 | RWJUMG OB GYN | Unsecured Creditors | $200.00 | $0.00 | $200.00 |
| 22 | OCEAN MEDICAL CENTER | Unsecured Creditors | $818.42 | $50.95 | $767.47 |
| 23 | UNIVERSITY HOSPITAL | Unsecured Creditors | $600.00 | $32.67 | $567.33 |
| 24 | LENDINGCLUB BANK, NA | Unsecured Creditors | $3,716.82 | $231.41 | $3,485.41 |
| 25 | SYNCHRONY BANK BY AIS INFOSOURCE LP<br>»» CARECREDIT | Unsecured Creditors | $3,060.25 | $190.54 | $2,869.71 |
| 26 | ACCELERATED INVENTORY MGT, LLC<br>»» WEBBANK | Unsecured Creditors | $40,887.51 | $2,545.72 | $38,341.79 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $17,368.00 | Plan Balance: | $20,512.00 ** |
| Paid to Claims: | $14,926.49 | Current Monthly Payment: | $641.00 |
| Paid to Trustee: | $1,197.85 | Arrearages: | ($641.00) |
| Funds on Hand: | $1,243.66 | Total Plan Base: | $37,880.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for** *FREE*! **Register today at www.ndc.org or**
**scan this code to get started.**



 **This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**