UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

JAMES J. CERBONE, ESQ.-4036
1704 Maxwell Drive, Ste. 206
Wall, New Jersey 07719
(732) 681-6800
Attorney for debtor

In Re:

Ryann L Casatelli

Order Filed on February 6, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 22-18588

Chapter: 13

Judge: MEH

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 6, 2025**

Honorable Mark E. Hall
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____James J. Cerbone, Esq._____, the applicant, is allowed a fee of $ ___187.50___ for services rendered and expenses in the amount of $___0___ for a total of $___187.50___. The allowance shall be payable:

- ☑ through the Chapter 13 plan as an administrative priority.
- ❏ outside the plan.

The debtor's monthly plan is modified to require a payment of $__from Trustee__ per month for __remaining__ months to allow for payment of the aforesaid fee.

*Revised 10/3/02*