Office Mailing Address:
Albert Russo, Trustee
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ 08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN 38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2025 to 02/19/2026

**Chapter 13 Case No. 22-18588 / MEH**

Ryann L Casatelli

Petition Filed Date: 10/28/2022
341 Hearing Date: 12/01/2022
Confirmation Date: 03/08/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/21/2025 | $641.00 | 10166621 | 03/04/2025 | $641.00 | I1MWG3CZTQ | 04/02/2025 | $641.00 | I1MWG3CZTQ |
| 05/02/2025 | $641.00 | I1MWG3CZTQ | 06/03/2025 | $641.00 | I1MWG3CZTQ | 07/02/2025 | $641.00 | I1MWG3CZTQ |
| 08/04/2025 | $641.00 | I1MWG3CZTQ | 09/03/2025 | $641.00 | I1MWG3CZTQ | 10/02/2025 | $641.00 | I1MWG3CZTQ |
| 11/04/2025 | $641.00 | I1MWG3CZTQ | 12/02/2025 | $641.00 | I1MWG3CZTQ | 01/05/2026 | $641.00 | I1MWG3CZTQ |
| 02/03/2026 | $641.00 | I1MWG3CZTQ | | | | | | |

**Total Receipts for the Period: $8,333.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $25,060.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Ryann L Casatelli | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | James J. Cerbone, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,110.00 | $3,110.00 | $0.00 |
| 1 | FROST ARNETT AGT FOR OCEAN ENDOSURGER | Unsecured Creditors | $750.00 | $66.28 | $683.72 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» COMENITY/CAESARS REWARDS VISA | Unsecured Creditors | $15,079.75 | $1,622.64 | $13,457.11 |
| 3 | CAVALRY SPV I, LLC<br>»» CITIBANK/HOME DEPOT | Unsecured Creditors | $702.45 | $64.51 | $637.94 |
| 4 | MIDLAND CREDIT MANAGEMENT, INC<br>»» COMENITY/BJS | Unsecured Creditors | $12,665.58 | $1,362.87 | $11,302.71 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY/AMAZON | Unsecured Creditors | $2,302.16 | $247.72 | $2,054.44 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BARCLAYS/RCI | Unsecured Creditors | $17,050.65 | $1,834.72 | $15,215.93 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY/PAYPAL | Unsecured Creditors | $953.05 | $102.55 | $850.50 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY/PARK WEST GALLERY | Unsecured Creditors | $2,196.25 | $236.33 | $1,959.92 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BARCLAYS BANK DELAWARE | Unsecured Creditors | $8,763.50 | $942.99 | $7,820.51 |
| 10 | ROCKET MTG, LLC F/K/A QUICKEN LOANS, LLC<br>»» P/336 17TH AVE/1ST MTG/ORDER 3/16/23 | Mortgage Arrears | $2,609.34 | $2,609.34 | $0.00 |
| 11 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $9,889.35 | $1,064.13 | $8,825.22 |

**Chapter 13 Case No. 22-18588 / MEH**

| | | | | | |
|---|---|---|---|---|---|
| 12 | LVNV FUNDING LLC<br>»» SYNCHRONY/R US | Unsecured Creditors | $10,289.01 | $1,107.14 | $9,181.87 |
| 13 | ATHOME MEDICAL | Unsecured Creditors | $171.49 | $0.00 | $0.00 |
| 14 | AMERICAN EXPRESS | Unsecured Creditors | $2,353.90 | $253.29 | $2,100.61 |
| 15 | AMERICAN EXPRESS | Unsecured Creditors | $7,929.21 | $853.22 | $7,075.99 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY/EBAY | Unsecured Creditors | $504.28 | $50.27 | $454.01 |
| 17 | TD RETAIL CARD SERVICES | Unsecured Creditors | $5,512.42 | $593.16 | $4,919.26 |
| 18 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» SYNCHRONY/PAYPAL CREDIT/DC-009516-20 | Unsecured Creditors | $3,549.53 | $381.94 | $3,167.59 |
| 19 | ASHLEY FUNDING SERVICES, LLC<br>»» LAB CORP OF AMERICA HOLDINGS | Unsecured Creditors | $10.00 | $0.00 | $10.00 |
| 20 | HACKENSACK | Unsecured Creditors | $300.00 | $32.28 | $267.72 |
| 21 | RWJUMG OB GYN | Unsecured Creditors | $200.00 | $16.11 | $183.89 |
| 22 | OCEAN MEDICAL CENTER | Unsecured Creditors | $818.42 | $81.43 | $736.99 |
| 23 | UNIVERSITY HOSPITAL | Unsecured Creditors | $600.00 | $64.57 | $535.43 |
| 24 | LENDINGCLUB BANK, NA | Unsecured Creditors | $3,716.82 | $399.95 | $3,316.87 |
| 25 | SYNCHRONY BANK BY AIS INFOSOURCE LP<br>»» CARECREDIT | Unsecured Creditors | $3,060.25 | $329.29 | $2,730.96 |
| 26 | ACCELERATED INVENTORY MGT, LLC<br>»» WEBBANK | Unsecured Creditors | $40,887.51 | $4,399.67 | $36,487.84 |
| 0 | James J. Cerbone, Esq.<br>»» ORDER 2/6/25 | Attorney Fees | $187.50 | $187.50 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $25,060.00 | Plan Balance: | $12,820.00 ** |
| Paid to Claims: | $22,013.90 | Current Monthly Payment: | $641.00 |
| Paid to Trustee: | $1,816.36 | Arrearages: | $0.00 |
| Funds on Hand: | $1,229.74 | Total Plan Base: | $37,880.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

****This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**